IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01899-ZLW

TRAVIS LEE HOSIER,

Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

Respondents.

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Travis Lee Hosier, filed *pro se* on November 26, 2007, a letter in which he asks the Court to reconsider the dismissal of this action. The Court must construe the request liberally because Mr. Hosier is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the request will be construed liberally as a motion to reconsider. For the reasons stated below, the liberally construed motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Hosier's motion to reconsider in this action, which was filed more than ten days

after the judgment was entered on November 1, 2007, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice because Mr. Hosier failed within the time allowed to cure a designated deficiency, i.e, he failed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the habeas corpus application.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Hosier fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the request to reconsider the dismissal of this action, which Applicant, Travis Lee Hosier, makes in a letter filed on November 26, 2007, and which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 30 day of Nov. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01899-BNB

Travis L. Hosier
Reg. No.104683
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/30/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk