**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01899-ZLW

TRAVIS LEE HOSIER,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

    Respondents.

---

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the second motion to reconsider that Applicant, Travis Lee Hosier, submitted to and filed with the Court on December 12, 2007. Mr. Hosier again seeks reconsideration of the order of dismissal and judgment filed on November 1, 2007, denying the habeas corpus application and dismissing the action without prejudice for failure to cure. The second motion to reconsider is DENIED. The November 1 dismissal was without prejudice. If Mr. Hosier wishes to pursue his claims, he may do so by initiating a new and separate action.

Dated: December 14, 2007

---

Copies of this Minute Order mailed on December 14, 2007, to the following:

Travis Lee Hosier
Prisoner No. 104683
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

                                                       _____
                                                       Secretary/Deputy Clerk